John J. Darraugh et al., Respondents, v. Richard A. Carrington, Jr., et al., Defendants, and American Newspapers, Inc., et al., Appellants.

*Per Curiam.* The declaratory judgment procedure sanctioned by the California law appears to be salutary for the purpose of determining in one action the various claims asserted in several derivative stockholders' actions. For the procedure to be availing, however, there would have to be a trial of the issues raised in any action to be determined thereby, or at least an unequivocal calling upon the plaintiff in such action to introduce evidence in support of his claims. We do not find that the plaintiffs in the present action were thus called upon in the California action, or that the evidence which appellants cite as submitting the present causes of action was either responsive thereto or taken as presenting the issues. Under the circumstances, the judgment of the California court cannot be taken as an adjudication of the present action.

The order appealed from should be affirmed, with $20 costs and disbursements.

Martin, P. J., Townley, Glennon, Callahan and Peck, JJ., concur.

Order unanimously affirmed, with $20 costs and disbursements to the plaintiffs-respondents. [See *post*, p. 1014.]

In the Matter of Emily W. MacCormack et al., as Executors and Trustees under the Will of Robert S. MacCormack, Deceased, et al., Appellants, against James A. Delehanty, as Surrogate of the County of New York, et al., Respondents.— Appeal withdrawn. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

City of New York, Appellant, v. Terminal Bag and Burlap Corporation, Respondent, and "John Doe" et al., Undertenants.— Determination of the Appellate Term and final order of the Municipal Court unanimously reversed, and final order directed to be entered in favor of the landlord, with costs and disbursements in this court and $25 costs in the Appellate Term. (See *A. E. F.'s, Inc.,* v. *City of New York,* 185 Misc. 812, affd. 269 App. Div. 1020.) Settle order on notice. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ. [See *post,* p. 1015.]

S. S. Stafford, Inc., Respondent, v. Sol Fishko, as President of New York Ink & Roller Makers Union, Local No. 3, an Unincorporated Association, Appellant, et al., Defendants.— Appeal unanimously dismissed, without costs, and without prejudice to a motion by defendant Sol Fishko, as President, etc., to quash the service on him or to dismiss the complaint as to him. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

S. S. Stafford, Inc., Respondent, v. Sol Fishko, as President of New York Ink & Roller Makers Union, Local No. 3, an Unincorporated Association, et al., Defendants, and Murray Berman et al., Individually and as Members of the Aforesaid New York Ink & Roller Makers Union, Local No. 3, an Unincorporated Association, Appellants.— Upon the appeal taken by the defendants Murray Berman et al., the action is severed as to said defendants and the order unanimously affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

The People of the State of New York ex rel. Benjamin J. Kline et al., as Trustees under a Trust Indenture Dated June 21, 1944, Appellants, against